1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   FRED KAPING,                          CASE NOs.:  2:17-cv-00697-JAM-CKD (PS)
                                                        2:18-cv-02980-KJM-KJN (PS)
12                   Plaintiff,

13         v.                              ORDER

14   BARRETT DAFFIN FRAPPIER
     TREDER& WEISS, LLP, et al.,
15
                     Defendants.
16

17         Review of the above-captioned actions reveals they are related under this Court's Local

18   Rule 123.  Both actions involve the same parties and property; as well as similar claims, events,

19   and questions of fact and law.  Therefore, assignment of the actions to the same district judge and

20   magistrate judge will promote convenience, efficiency, and economy for the Court and parties.

21   An order relating cases under this Court's Local Rule 123 merely assigns them to the same

22   district judge and magistrate judge; it does not consolidate the matters.

23         Accordingly, IT IS HEREBY ORDERED that the above-captioned actions are reassigned

24   to U.S. District Judge John A. Mendez, and U.S. Magistrate Judge Carolyn K. Delaney.

25   Dated:  November 21, 2018

26                                         _____
                                           CAROLYN K. DELANEY
27                                         UNITED STATES MAGISTRATE JUDGE

28

                                             1